**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF LOUISIANA**

IN RE:                                                              CASE NO.: 19-10701
LISA P. NICHOLSON                                       CHAPTER 13

**NOTICE OF HEARING**

NOTICE IS HEREBY GIVEN that a hearing on the previously filed Motion to Lift Stay shall be held on Wednesday October 30, 2019 at 2:00 p.m. in the United States Bankruptcy Court for the Middle District of Louisiana, located at 707 Florida St., Room 222, 2nd Floor, Baton Rouge, LA 70801.

NOTICE IS FURTHER GIVEN that any response or opposition must be filed in writing with the clerk of court at U.S. Bankruptcy Court, 707 Florida Street, Room 119, Baton Rouge, Louisiana 70801 eight days prior to the above given hearing date and served on counsel for the moving party and any other party entitled to notice of the objection.

Baton Rouge, Louisiana, this 7th day of October 2019.

Respectfully submitted:

*/s/David O. Mooney*
David O. Mooney, Bar No. 20967
Attorney at Law
201 Saint Charles St.
Baton Rouge, LA  70802-5946
Telephone:  (225) 387-8122
Facsimile: (225) 344-6515
E-mail: david@domooney.com
ATTORNEY FOR JOHN NICHOLSON