**Information to identify the case:**

| | | | | |
|---|---|---|---|---|
| Debtor 1 | **Lisa P. Nicholson** | | Social Security number or ITIN | **xxx–xx–6066** |
| | First Name   Middle Name   Last Name | | EIN  _ _–_ _ _ _ _ _ _ | |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | | Social Security number or ITIN  _ _ _ _ | |
| | | | EIN  _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court   **Middle District of Louisiana** | | | Date case filed in chapter **13** | **6/13/19** |
| Case number:  **19–10701** | | | Date case converted to chapter **7** | **10/4/19** |

## Official Form 309B (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set
12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Lisa P. Nicholson | | |
| 2. | **All other names used in the last 8 years** | aka Lisa Dornier | | |
| 3. | **Address** | 1850 Cloverdale Ave Baton Rouge, LA 70808 | | |
| 4. | **Debtor's attorney** Name and address | James M. Herpin 200 Government Street Suite 200 Baton Rouge, LA 70802 | Contact phone 225–242–2227 Email:  bankruptcy@herpinlaw.com | |
| 5. | **Bankruptcy trustee** Name and address | Samera L. Abide Post Office Box 3616 Baton Rouge, LA 70821 | Contact phone (225) 923–1404 Email:  slabide@abide-law.com | |

For more information, see page 2 >

Debtor  **Lisa P. Nicholson**                                                    Case number **19–10701**

| | | |
|---|---|---|
| **6.** | **Bankruptcy clerk's office** | Hours open:<br>8:30am to 4:00pm |
| | Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Contact phone _____<br><br>Date: 10/9/19 |

| | | |
|---|---|---|
| **7. Meeting of creditors** | **November 19, 2019 at 09:00 AM** | Location: |
| Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Middle District of Louisiana, 707 Florida Street, Room 324, Baton Rouge, LA 70801** |

| | | |
|---|---|---|
| **8.** | **Presumption of abuse** | The presumption of abuse does not arise. |
| | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | |

| | | |
|---|---|---|
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline: 1/21/20** |
| | **You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4) or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 12/13/19** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 4/1/20** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |

| | |
|---|---|
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| **11. Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property that is not exempt. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim as described above. |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |

United States Bankruptcy Court
Middle District of Louisiana

In re:                                                                    Case No. 19-10701-ddd
Lisa P. Nicholson                                                         Chapter 7
          Debtor

# CERTIFICATE OF NOTICE

District/off: 053N-3          User: jpoc              Page 1 of 2        Date Rcvd: Oct 09, 2019
                             Form ID: 309B            Total Noticed: 46

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 11, 2019.
```
db        +Lisa P. Nicholson,    1850 Cloverdale Ave,    Baton Rouge, LA 70808-2912
aty        David O. Mooney,    201 St. Charles Street,   Baton Rouge, LA 70802-5946
aty       +Foerstner Graham Meyer,    c/o Graham, Arceneaux & Allen, LLC,    639 Loyola Avenue,   Suite 1800,
            New Orleans, LA 70113-3186
cr        +John H. Nicholson,    David O. Mooney, Attorney at Law,    201 Saint Charles Ave,
            Baton Rouge, LA  70802,   UNITED STATES  70802-5946
1945365   +Amex/Bankruptcy,    Correspondence/Bankruptcy,   Po Box 981540,   El Paso, TX 79998-1540
1945366   +Bayou Federal Credit,    5880 Florida Blvd,   Baton Rouge, LA 70806-4247
1945367   +Brenda S. Catalanatto, CPA, LLC,    6965 Jefferson Highway,    Baton Rouge, LA 70806-8110
1945370   +Capital One/Neiman Marcus/Bergdorf Goodm,    Attn: Bankruptcy Dept,   Po Box 30285,
            Salt Lake City, UT 84130-0285
1945373   +Chase Mortgage,    Attn: Bankruptcy Dept,   Po Box 24696,   Columbus, OH 43224-0696
1945378   +Deborah Gibbs, Attorney,    4607 Bluebonnet Blvd.,   Baton Rouge, LA 70809-9657
1945379   +Deptartment Store National Bank/Macy's,    Attn: Bankruptcy,    9111 Duke Boulevard,
            Mason, OH 45040-8999
1945380   +Efcu Financial Feder,    P O Box 91001,   Baton Rouge, LA 70821-9001
1945383   +Iberiabank Mortgage,    Attn: Bankruptcy Dept.,    200 West Congress Street,
            Lafayette, LA 70501-6873
1945384   +Investar Bank,    7246 Perkins Rd,   Baton Rouge, LA 70808-4323
1945385   +Investar Bank,    PO Box 83079,   Baton Rouge, LA 70884-3079
1949871   +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,    JPMC,
            c/o National Bankruptcy Services, LLC,    P.O. Box 9013,   Addison, Texas 75001-9013
1945994   +JPMorgan Chase Bank, National Association,    c/o Graham, Arceneaux & Allen, LLC,
            639 Loyola Avenue,    Suite 1800,   New Orleans, LA 70113-3186
1945386   #+John H. Nicholson,    2167 Glendale Ave.,   Apt. A,   Baton Rouge, LA 70808-2839
1945360   +LA Dept. of Rev. & Tax.,    PO Box 66658,   Baton Rouge, LA 70896-6658
1945387    Nancy Sue Gregoire, APLC,    8658 Quarters Lake Rd.,    Baton Rouge, LA 70809-2193
1945361   +Office of US Attorney,    Middle District of LA,    777 Florida St. Suite 208,
            Baton Rouge, LA 70801-1717
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty        E-mail/Text: bankruptcy@herpinlaw.com Oct 09 2019 20:53:21     James M. Herpin,
            200 Government Street,    Suite 200,   Baton Rouge, LA 70802
tr         +EDI: FSLABIDE Oct 10 2019 00:53:00    Samera L. Abide,   Post Office Box 3616,
            Baton Rouge, LA 70821-3616
1945369   +EDI: CAPITALONE.COM Oct 10 2019 00:53:00    Capital One,   Attn: General Correspondence,
            Po Box 30285,    Salt Lake City, UT 84130-0285
1945368   +EDI: CAPITALONE.COM Oct 10 2019 00:53:00    Capital One,   Attn: Bankruptcy,   Po Box 30285,
            Salt Lake City, UT 84130-0285
1949368    EDI: CAPITALONE.COM Oct 10 2019 00:53:00    Capital One Bank (USA), N.A.,
            by American InfoSource as agent,    PO Box 71083,   Charlotte, NC  28272-1083
1945371   +EDI: CHASE.COM Oct 10 2019 00:53:00    Chase,   Attn: Correspondence Dept,   Po Box 15298,
            Wilmington, DE 19850-5298
1945372   +EDI: CHASE.COM Oct 10 2019 00:53:00    Chase Card Services,   Attn: Bankruptcy,   Po Box 15298,
            Wilmington, DE 19850-5298
1945374   +EDI: CITICORP.COM Oct 10 2019 00:53:00    Citibank,   Attn: Recovery/Centralized Bankruptcy,
            Po Box 790034,    St Louis, MO 63179-0034
1945375   +EDI: CITICORP.COM Oct 10 2019 00:53:00    Citibank,   Centralized Bankruptcy Dept,
            Po Box 790034,    St. Louis, MO 63179-0034
1954932   +EDI: CITICORP.COM Oct 10 2019 00:53:00    Citibank, N.A.,    701 East 60th Street North,
            Sioux Falls, SD 57104-0493
1945376   +EDI: WFNNB.COM Oct 10 2019 00:53:00    Comenity Bank/Pottery Barn,   Attn: Bankruptcy,
            Po Box 182125,    Columbus, OH 43218-2125
1945377   +EDI: WFNNB.COM Oct 10 2019 00:53:00    Comenity Bank/Talbots,   Attn: Bankruptcy,
            Po Box 182125,    Columbus, OH 43218-2125
1945362   +E-mail/Text: julie.n.taylor@irscounsel.treas.gov Oct 09 2019 20:53:35     District Counsel,
            Internal Revenue Service,    Post Office Box 30509,   New Orleans, LA 70190-0509
1945381   +EDI: HY11.COM Oct 10 2019 00:53:00    Hyundai Motor Finance,   Attn: Bankruptcy,
            Po Box 20809,    Fountain Valley, CA 92728-0809
1952874   +E-mail/Text: ecfmailbox@iberiabank.com Oct 09 2019 20:53:30     IBERIABANK,   P.O.Box 52747,
            Lafayette, LA 70505-2749
1945382   +E-mail/Text: ecfmailbox@iberiabank.com Oct 09 2019 20:53:30     IBERIABANK,   Attn: Bankruptcy,
            200 West Congress Street,    Lafayette, LA 70501-6873
1945364    EDI: IRS.COM Oct 10 2019 00:53:00    IRS-Central Insolvency Operations,   PO Box 7346,
            Philadelphia, PA 19101-7346
1954105    EDI: RESURGENT.COM Oct 10 2019 00:53:00    LVNV Funding, LLC,   Resurgent Capital Services,
            PO Box 10587,    Greenville, SC 29603-0587
1954105    E-mail/PDF: resurgentbknotifications@resurgent.com Oct 09 2019 20:56:41     LVNV Funding, LLC,
            Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
1945363   +E-mail/Text: ustpregion05.nr.ecf@usdoj.gov Oct 09 2019 20:53:26
            Office of the U.S. Trustee- Region V,    400 Poydras St.,   Suite 2110,
            New Orleans, LA 70130-3238
1945388   +EDI: STFl.COM Oct 10 2019 00:53:00    Suntrust Bank,   Attn: Bankruptcy,
            Po Box 85092 Mc Va-Wmrk-7952,    Richmond, VA 23285-5092
```

District/off: 053N-3          User: jpoc               Page 2 of 2                Date Rcvd: Oct 09, 2019
                             Form ID: 309B             Total Noticed: 46

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
1945389       +EDI: RMSC.COM Oct 10 2019 00:53:00      Synchrony Bank/ HH Gregg,   Attn: Bankruptcy Dept,
                Po Box 965060,   Orlando, FL 32896-5060
1945390       +EDI: RMSC.COM Oct 10 2019 00:53:00      Synchrony Bank/Gap,   Attn: Bankruptcy Dept,
                Po Box 965060,   Orlando, FL 32896-5060
1945391       +EDI: WTRRNBANK.COM Oct 10 2019 00:53:00      Target,   Attn: Bankruptcy,   Po Box 9475,
                Minneapolis, MN 55440-9475
1945393        EDI: USBANKARS.COM Oct 10 2019 00:53:00      US Bank/RMS CC,   Attn: Bankruptcy,   Po Box 5229,
                Cincinnati, OH 45201
1945392       +EDI: USBANKARS.COM Oct 10 2019 00:53:00      Us Bank Home Mortgage,   Attn: Bankruptcy,
                800 Nicollet Mall,   Minneapolis, MN 55402-2011
                                                                                        TOTAL: 26

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +JPMorgan Chase Bank, National Association,   c/o Graham, Arceneaux & Allen, LLC,
                639 Loyola Avenue,   Suite 1800,   New Orleans, LA 70113-3186
1950250*      +JPMorgan Chase Bank, N.A.,   s/b/m/t Chase Bank USA, N.A.,   JPMC,
                c/o National Bankruptcy Services, LLC,   P.O. Box 9013,   Addison, Texas 75001-9013
                                                                          TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 9, 2019 at the address(es) listed below:
        David O. Mooney   on behalf of Creditor John H. Nicholson david@domooney.com,
         domooneybk@gmail.com,mooneydR67975@notify.bestcase.com
        Foerstner Graham Meyer   on behalf of Creditor   JPMorgan Chase Bank, National Association
         fmeyer@gra-arc.com,   bankruptcy@gra-arc.com
        James M. Herpin   on behalf of Debtor Lisa P. Nicholson bankruptcy@herpinlaw.com,
         herpinlaw@gmail.com;HerpinJR73395@notify.bestcase.com
        Samera L. Abide   slabide@abide-law.com,  SLA@tresolutions.net
        U.S. Trustee   ustp.region05@usdoj.gov
                                                                          TOTAL: 5