UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF LOUISIANA

IN RE:   LISA P. NICHOLSON                                        CASE NO.: 19-10701

DEBTOR                                                                          CHAPTER 7 CASE

EX PARTE APPLICATION TO EMPLOY REALTOR FOR THE ESTATE

The application of Samera L. Abide (Applicant), Trustee of the Estate of LISA P. NICHOLSON and respectfully represents:

1.

The captioned case was commenced by the filing of a voluntary petition seeking relief under Chapter 13 of Title 11 of the United States Bankruptcy Code by the debtor on 06/13/2019. The Chapter 13 case was converted to Chapter 7 on 10/04/2019. Applicant was appointed interim trustee and later became the permanent trustee.

2.

The estate owns immovable property as describe on Schedule A/B. The trustee desires to employ a real estate agent to list, market and sell said immovable property.

3.

The trustee desires to employ a real estate agent to list, market and sell said both immovable properties to collect the equity for unsecured creditors.

4.

Vicki Spurlock, real estate agent, and Locations Real Estate, have agreed to market and sell the immovable property of the estate and charge the estate five percent (5%) of the total sales price. To the trustee's knowledge, Vicki Spurlock is well versed and experienced in real estate matters and has an office in the locality of the property.

5.

To the trustee's knowledge, Ms. Spurlock has no connection with the debtor, creditors, or any other party in interest or the respective attorneys for said parties and is disinterested within the meaning of 11 U.S.C. section 101(14) and is eligible for employment under section 327(a) of the United States Bankruptcy Code. Furthermore, Ms. Spurlock and Locations Real Estate neither hold nor represent an interest adverse to the estate.

6.

Vicki Spurlock and Locations Real Estate are willing to accept employment with the estate for a fee of five percent (5%) of the sales price, after proper application to this court.

WHEREFORE, the trustee prays that Vicki Spurlock and Locations Real Estate be employed to market and sell the immovable property of the estate for five percent (5%) of the sales price, subject to approval by this Court.

RESPECTFULLY SUBMITTED:

*s/Samera L. Abide*
Samera L. Abide, Bar No. 2288
Trustee
P.O. Box 3616
Baton Rouge, LA 70821
Telephone: (225) 923-1404
Fax: (225) 923-1443
Email: slabide@abide-law.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF LOUISIANA

IN RE:   LISA P. NICHOLSON                                  CASE NO.: 19-10701

DEBTOR                                                             CHAPTER 7 CASE

UNSWORN DECLARATION
PURSUANT TO 28 USC SEC. 1746

    I, Samera L. Abide, trustee hereby verify that I hereby verify that I have read the application for Vicki Spurlock, a real estate agent, and Locations Real Estate, to be employed to sell the immovable property of the estate and that all of the allegations made in the application are true and correct to the best of my personal information, knowledge and belief.

    I declare under penalty of perjury that the application to employ the real estate agent and her broker is true and correct.

Executed on 12/9/2019

<em>s/Samera L. Abide</em><br>SAMERA L. ABIDE, TRUSTEE

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF LOUISIANA

IN RE:   LISA P. NICHOLSON                         CASE NO.: 19-10701

       DEBTOR                                          CHAPTER 7 CASE

UNSWORN DECLARATION
PURSUANT TO 28 USC SEC. 1746

I, Vicki Spurlock owner of Locations Real Estate, hereby verify that I have read the Application to Employ Realtor for the Estate and that all of the allegations made in the Application are true and correct to the best of my personal information, knowledge and belief.

I declare under penalty of perjury that the application to employ the real estate agent and her broker is true and correct.

Executed on 12/6/2019

                                      *s*/Vicki Spurlock
                            Vicki Spurlock, Real Estate Agent
                              Locations Real Estate, Realtor